AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Randy Thomas Morin<br><br>*Defendant(s)* | Case No. 2:24-mj-106 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 22nd-23rd, 2024** in the county of **Baraga** in the **Western** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(8) | Assault by strangulation |

This criminal complaint is based on these facts:

See attached

☑ Continued on the attached sheet.

_____
Complainant's signature

S.A. Richard Suda, FBI
Printed name and title

FED. R. CRIM. P. 4.1
BY TELEPHONE

Sworn to before me ~~and signed in my presence.~~

Date: 12/30/2024

_____
Judge's signature

Hon. Maarten Vermaat, US Magistrate Judge
Printed name and title

City and state: Marquette, MI